## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GAYLE CROOM,** | Civil File No. 2:13-cv-02057-RDR-KGS |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| **CONVERGENT OUTSOURCING SOLUTIONS, INC.,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Gayle Croom, and the defendant, Convergent Outsourcing Solutions, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  July 17, 2013        By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:    (913) 451-9797
Email:        mark@meinhardtlaw.com
ATTORNEY FOR PLAINTIFF

Dated:  July 17, 2013        By: /s/Joshua C. Dickinson
Joshua C. Dickinson, #20632
Bryant T. Lamer, #22722
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Fax:          (816) 474-3216
Email:        jdickinson@spencerfane.com
Email:        blamer@spencerfane.com
ATTORNEY FOR DEFENDANT